```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DILENIA PAGUADA,                                            :
                                                            :
                            Plaintiff,                      :
                                                            :          21-CV-3016 (VSB)
            -against-                                       :
                                                            :               ORDER
DADDIES BOARD SHOP, LLC,                                    :
                                                            :
                            Defendant.                      :
                                                            :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2021

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on April 8 2021, (Doc. 1), and filed an affidavit of service on May 25, 2021, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was May 19, 2021. (*See* Doc. 16.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 25, 2021. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 26, 2021
              New York, New York

                                                         _____
                                                           VERNON S. BRODERICK
                                                           United States District Judge