UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                            :
DILENIA PAGUADA,                            :
                                            :
                          Plaintiff,        :
                                            :
              -against-                     :
                                            :
DADDIES BOARD SHOP, LLC,                     :
                                            :
                          Defendant.        :
                                            :
------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   6/28/2021

21-CV-3016 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On May 27, 2021, I issued an order indicating that if Plaintiff failed to move for a default judgment or otherwise demonstrate that she intends to prosecute this litigation by June 25, 2021, I might dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  (Doc. 6.)  That deadline has passed and Plaintiff has not moved for a default judgment or requested an extension.  Accordingly, it is hereby:

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  The Clerk is respectfully directed to close the case.

SO ORDERED.

Dated:    June 28, 2021
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge